IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee for the Registered Holders of Banc of America Commercial Mortgage, Inc., Commercial Mortgage Pass-Through Certificates Series 2005-4, by Special Servicer ORIX Capital Markets, LLC, <br><br> Plaintiff, <br><br> v. <br><br> YOUNAN PROPERTIES, INC., ZAYA S. YOUNAN and SHERRY YOUNAN, <br><br> Defendants. | No. |

## COMPLAINT

NOW COMES the Plaintiff, WELLS FARGO BANK, N.A., as Trustee for the Registered Holders of Banc of America Commercial Mortgage, Inc., Commercial Mortgage Pass-Through Certificates Series 2005-4, by Special Servicer ORIX Capital Markets, LLC ("*Plaintiff*"), by and through its attorneys, David T. Audley and James P. Sullivan of Chapman and Cutler LLP, and for its Complaint against Defendants YOUNAN PROPERTIES, INC., ZAYA S. YOUNAN and SHERRY YOUNAN, respectfully alleges as follows:

### PARTIES

1. ORIX Capital Markets, LLC, servicer for Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Banc of America Commercial Mortgage, Inc., Commercial Mortgage Pass-Through Certificates Series 2005-4, is a Texas limited liability corporation, with its principal place of business located at 1717 Main Street, Dallas, Texas 75201.

- 2 -

2. Defendant Younan Properties, Inc. ("*YPI*") is a California corporation, with its principal place of business located at 5959 Topanga Canyon Boulevard, Suite 200, Woodland Hills, California.

3. Defendants Zaya S. Younan ("*Zaya*") and Sherry Younan ("*Sherry*") are individuals with their principal place of residence located in California.

## VENUE

4. Venue is proper in that the occurrences giving rise to the actions set forth below took place in Illinois, and the loan documents detailed below provide for venue in the United States District for the Northern District of Illinois.

## JURISDICTION

5. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1332.

## COUNT I

### BREACH OF GUARANTY AGREEMENT

1-5. Plaintiff realleges and incorporates by reference paragraphs 1 - 4 above as paragraphs 1 - 4 of Count I.

6. On August 15, 2005, YP Trillium, LLC ("*YP Trillium*"), for good and valuable consideration, executed a Promissory Note in the original principal amount of $14,100,000.00 in favor of Bank of America (the "*Note*"), a true and correct copy of which is attached hereto as Exhibit A. At that time, YP Trillium also executed a related Loan Agreement, as well as a Mortgage, Assignment of Leases and Rents, and Security Agreement, and various other related loan documents (collectively with the Note, the "*Loan Documents*").

7. YP Trillium thereafter defaulted under the Note and Loan Documents for, *inter alia*, its failure to make required payments under the Note beginning in October 2009.

8. As a result of these defaults, a Forbearance and Discounted Pay Off Agreement (*"Forbearance Agreement"*), dated effective March 9, 2010, was executed between YP Trillium and ORIX as special servicer, together with a Deed-in-Lieu of Foreclosure Agreement and Joint Escrow Instructions of same date.

9. Under the Forbearance Agreement, the parties agreed, *inter alia,* that in the event YP Trillium paid $9,500,000.00 (the *"Discounted Pay Off Amount"*) to ORIX on or before July 31, 2010 pursuant to a contemplated initial public offering (*"IPO"*) as described in the Forbearance Agreement, ORIX would accept that amount as a discounted pay off of the indebtedness due under the Note and Loan Documents.

10. At the time YP Trillium and Zaya executed the Forbearance Agreement, and as an express condition of forbearance as set forth at paragraph 10 of the Forbearance Agreement, on March 9, 2010, YP Trillium and Zaya also executed a Guaranty Agreement, guaranteeing the payment of all amounts due under the Note and Loan Documents upon the earlier of (i) the IPO having taken place and the Discounted Pay Off Amount having not been paid to ORIX as special servicer, or (ii) the expiration of the forbearance period set forth in the Forbearance Agreement.

11. The Forbearance Agreement originally expired by its terms on July 31, 2010. The parties thereafter entered into three amendments, the first two of which simply extended the term of the Forbearance Agreement to August 31, 2010, and then November 30, 2010. The third amendment, executed in March, 2011, but deemed effective December 1, 2010, extended the Forbearance Agreement for an additional one year period, to December 1, 2011. In exchange for this extended forbearance, and in replacement of the prior Guaranty Agreement executed on March 9, 2010, YPI, Zaya and Sherry executed a new replacement Guaranty Agreement (the *"Replacement Guaranty"*) in favor of Plaintiff, guaranteeing the payment of the Discounted Pay Off Amount of $9,500,000.00, and any real estate taxes paid by ORIX on the real estate

mortgaged to the Plaintiff, without any conditions whatsoever, other than upon the default under, or expiration of, the Forbearance Agreement (and all amendments thereto). A true and correct copy of the Replacement Guaranty is attached hereto and incorporated herein as Exhibit B.

12. Thereafter, on October 3 and 11, 2011, Plaintiff provided written notice of payment and financial reporting defaults under the Forbearance Agreement and amendments thereto, and reserving all of Plaintiff's rights pursuant to said defaults.

13. Subsequently, and in addition to the previously declared default under the Forbearance Agreement, on December 1, 2011 the Forbearance Agreement and all amendments thereto expired by their terms, without payment of the Discounted Pay Off Amount to Plaintiff.

14. Accordingly, YP Trillium is in default of the Note, Loan Documents, and Forbearance Agreement and all amendments thereto, all as alleged above.

15. Pursuant to the Guaranty, YPI, Zaya and Sherry are jointly and severally liable for the payment of the Discounted Pay Off Amount of $9,500,000.00, plus $12,111.98 in real estate taxes that Plaintiff paid on the mortgaged real estate. *See* Exhibit B at ¶1.

16. Pursuant to the Guaranty, YPI, Zaya and Sherry are also liable for Plaintiff's court costs and attorneys' fees associated with its collection efforts. *See* Exhibit B.

**WHEREFORE**, Plaintiff WELLS FARGO BANK, N.A., as Trustee for the Registered Holders of Banc of America Commercial Mortgage, Inc., Commercial Mortgage Pass-Through Certificates Series 2005-4, by Special Servicer ORIX Capital Markets, LLC, respectfully requests that judgment be entered in its favor and against defendants Younan Properties, Inc, Zaya S. Younan and Sherry Younan, jointly and severally, in the amount of $9,512,111.98, plus Plaintiff's costs and attorneys' fees, and any other relief that this Court deems just and proper.

    Respectfully submitted,

    WELLS FARGO BANK, N.A., as Trustee for the Registered Holders of Banc of America Commercial Mortgage, Inc., Commercial Mortgage Pass-Through Certificates Series 2005-4, by Special Servicer ORIX Capital Markets, LLC


    By    /s/ James P. Sullivan
        One of Its Attorneys

David T. Audley
James P. Sullivan (#6256746)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000
(312) 701-2361 (Fax)